IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Culligan, John | Case Number:  04 B 43319 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/3/08 | Filed:  11/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  July 3, 2008
Confirmed:  January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,660.00 | |
| Secured: | | 15,486.88 |
| Unsecured: | | 2,791.55 |
| Priority: | | 3,492.30 |
| Administrative: | | 1,705.20 |
| Trustee Fee: | | 1,268.03 |
| Other Funds: | | 1,916.04 |
| Totals: | 26,660.00 | 26,660.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,705.20 | 1,705.20 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | General Motors Acceptance Corp | Secured | 15,486.88 | 15,486.88 |
| 6. | Internal Revenue Service | Priority | 3,492.30 | 3,492.30 |
| 7. | Internal Revenue Service | Unsecured | 7.64 | 7.64 |
| 8. | Premier Bankcard | Unsecured | 40.51 | 40.51 |
| 9. | Fingerhut Corporation | Unsecured | 68.21 | 68.21 |
| 10. | Credit Card Center | Unsecured | 855.46 | 855.46 |
| 11. | FNB Brooking | Unsecured | 112.56 | 112.56 |
| 12. | Emerge Mastercard | Unsecured | 162.90 | 162.90 |
| 13. | General Motors Acceptance Corp | Unsecured | 501.24 | 501.24 |
| 14. | ECast Settlement Corp | Unsecured | 119.36 | 119.36 |
| 15. | RoundUp Funding LLC | Unsecured | 289.65 | 289.65 |
| 16. | Resurgent Capital Services | Unsecured | 72.21 | 72.21 |
| 17. | Clark Retail Enterprises Inc | Unsecured | 10.37 | 0.00 |
| 18. | JP Morgan Chase Bank | Unsecured | 1,522.23 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 368.75 | 368.75 |
| 20. | ECast Settlement Corp | Unsecured | 193.06 | 193.06 |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Bank One | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Culligan, John

Printed:  9/3/08

Case Number:  04 B 43319

Judge:  Hollis, Pamela S

Filed:  11/22/04

|  |  |
|---|---|
| _____ | _____ |
| $ 25,008.53 | $ 23,475.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 120.90 |
| 4% | 74.40 |
| 3% | 55.80 |
| 5.5% | 306.90 |
| 5% | 93.00 |
| 4.8% | 178.56 |
| 5.4% | 438.47 |
| | _____ |
| | $ 1,268.03 |

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: